# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Battani, Marianne O. | USDC, Eastern Distict of MI | 04/09/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge, senior status | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

231 West Lafayette
Detroit, Michigan 48226

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Pretrial Skills Judge | Cooley Law School |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1982 | State of Michigan Defined Benefit Plan(pension) |
| 2. | 1982 | County of Wayne Defined Benefit Plan(pension) |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | Cooley Law School, compensation | $900.00 |
| 2. 2012 | Michigan Judges' Retirement System | $36,311.16 |
| 3. 2012 | Wayne County Retirement System | $19,208.76 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Battani, Marianne O. | 04/09/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Battani, Marianne O. | 04/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. FIDELITY INDIVIDUAL ACCOUNT | | | | | | | | | |
| 2. -Fidelity Accounts(cash, cash equivalent) | A | Int./Div. | L | T | | | | | |
| 3. -Puritan | A | Dividend | | | Sold | 12/12/12 | J | | |
| 4. | | | | | | | | | |
| 5. EDWARD JONES IRA ACCOUNT | E | Int./Div. | N | T | | | | | |
| 6. -Capital Income Builder Fund Cl A | | | | | Buy (add'l) | 02/21/12 | J | | |
| 7. -Capital Income Builder Funds Cl B | | | | | | | | | |
| 8. -Capital World Growth & Income Fund Cl A | | | | | Sold (part) | 02/21/12 | J | | |
| 9. -Capital World Growth & Income Fund Cl B | | | | | Sold | 08/06/12 | J | | |
| 10. -Euro Pacific Growth Fund C lA | | | | | Sold | 02/21/12 | J | | |
| 11. -Euro Pacific Growth Fund Cl B | | | | | | | | | |
| 12. -Franklin Income Fund Cl A | | | | | | | | | |
| 13. -Fundamental Investors Fund Cl A | | | | | | | | | |
| 14. -Fundamental Investors Fund Cl B | | | | | Buy (add'l) | 08/06/12 | J | | |
| 15. -Hartford Balanced Income Fund Cl A | | | | | Buy | 11/21/12 | J | | |
| 16. -American Balanced Fund Cl A | | | | | Buy (add'l) | 02/21/12 | J | | |
| 17. -American Balanced Fund Cl B | | | | | Buy | 08/06/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Battani, Marianne O. | 04/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -American High Income Trust Cl A | | | | | Buy (add'l) | 08/06/12 | J | | |
| 19. | | | | | Buy (add'l) | 08/07/12 | J | | |
| 20. -American International Growth & Income fund Cl A | | | | | Sold | 02/21/12 | J | | |
| 21. -American Mutual Fund Cl A | | | | | Buy (add'l) | 05/08/12 | J | | |
| 22. -Bond Fund of America Cl A | | | | | Sold (part) | 02/21/12 | J | | |
| 23. -Capital World Bond Fund Cl A | | | | | Sold (part) | 02/21/12 | J | | |
| 24. -Franklin Small Cap Value Fund Cl A | | | | | | | | | |
| 25. -Growth Fund of America Cl A | | | | | | | | | |
| 26. -Hartford Inflation Plus Fund Cl C | | | | | Sold | 02/21/12 | J | | |
| 27. -Income Fund of America Fund Cl A | | | | | Buy (add'l) | 02/21/12 | J | | |
| 28. -New Economy Fund Cl A | | | | | | | | | |
| 29. -New World Fund Cl A | | | | | | | | | |
| 30. -Oppenheimer International Bond Fund Cl A | | | | | Buy (add'l) | 02/21/12 | J | | |
| 31. -VanKampen Build America Bonds Income Trust Ser # | | | | | Sold (part) | 08/06/12 | J | | |
| 32. | | | | | Sold (part) | 11/23/12 | J | | |
| 33. -Invesco Build America Bonds Income Trust Series # | | | | | Sold (part) | 11/23/12 | J | | |
| 34. -Invesco Build America Bonds Income Trust series # | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Battani, Marianne O. | 04/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -First Trust Build America Bonds Monthly Cash Series | | | | | Sold (part) | 11/23/12 | J | | |
| 36. -Invesco Invt Grd Incm 10-20 Yr Series # | | | | | Sold (part) | 11/23/12 | J | | |
| 37. -Inveso Invt Grd Incm 10-20 Yr Series | | | | | Sold (part) | 11/23/12 | J | | |
| 38. -Invesco Invt Grd Incm Tr 20+ year, Series | | | | | Sold (part) | 11/23/12 | J | | |
| 39. -Hartford Inflation Plus Fund Cl A | | | | | Buy (add'l) | 02/21/12 | J | | |
| 40. | | | | | Sold (part) | 05/08/12 | J | | |
| 41. | | | | | Sold (part) | 11/21/12 | J | | |
| 42. | | | | | | | | | |
| 43. EDWARD JONES SINGLE ACCOUNT | | | | | | | | | |
| 44. -Cash & money market funds | A | Dividend | K | T | | | | | |
| 45. -Federated Strategic Income Fund Cl A | A | Dividend | | | Sold (part) | 03/19/12 | J | A | |
| 46. | | | | | Sold | 09/25/12 | J | A | |
| 47. -Federated Kaufman Small Cap Fund Cl A | A | Dividend | | | Sold | 09/25/12 | J | A | |
| 48. -Federated Kaufman Fund Cl A | A | Dividend | | | Sold (part) | 03/19/12 | J | A | |
| 49. | | | | | Sold | 09/25/12 | J | A | |
| 50. -Lord Abbett Core Fixed Incm A | A | Dividend | J | T | | | | | |
| 51. -Lord Abbett Short Dur Inc Fd A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Battani, Marianne O. | 04/09/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Franklin High Yield Tax Free Income Fund Cl A | A | Dividend | K | T | Buy | 09/25/12 | J | | |
| 53. | | | | | Buy (add'l) | 11/21/12 | J | | |
| 54. | | | | | Buy (add'l) | 12/13/12 | J | | |
| 55. -Franklin Michigan Tax Free Income Fund Cl A | A | Dividend | K | T | Buy | 09/25/12 | J | | |
| 56. | | | | | Buy (add'l) | 12/13/12 | J | | |
| 57. | | | | | | | | | |
| 58. Chase Bank (cash and cash equivalent) | A | Interest | K | T | | | | | |
| 59. MassMutual: whole life policy | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Battani, Marianne O. | 04/09/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Marianne O. Battani**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544